DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SHULER v. DYEING MACHINE CO.

No. 70 PC.

Case below: 30 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1976.

STANBACK v. COBLE, SEC. OF REVENUE

No. 62 PC.

Case below: 30 N.C. App. 533.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1976.

STATE v. GRIER

No. 65 PC.

Case below: 30 N.C. App. 281.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 November 1976.

STATE v. JOHNSON

No. 47 PC.

Case below: 30 N.C. App. 376.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1976.

STATE v. McKENZIE

No. 59 PC.

Case below: 30 N.C. App. 64.
           30 N.C. App. 258.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1976.